No. 02–8437.  GARDNER v. MITCHEM, WARDEN, ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 02–8439.  HARRIS v. COCKRELL, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir.  Certiorari denied.

. No. 02–8440.  HARRIS v. COCKRELL, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir.  Certiorari denied.

No. 02–8444.  BRISCOE v. BUCKINGHAM CORRECTIONAL CENTER.  C. A. 4th Cir.  Certiorari denied.

No. 02–8446.  THOMPSON v. SHERMAN, WARDEN.  C. A. 6th Cir.  Certiorari denied.

No. 02–8453.  DENSON v. FLORIDA.  Dist. Ct. App. Fla., 2d Dist.  Certiorari denied.

No. 02–8454.  CHAIDEZ v. SUPERIOR COURT OF CALIFORNIA, SAN DIEGO COUNTY.  Ct. App. Cal., 4th App. Dist.  Certiorari denied.

No. 02–8456.  CHARM v. MULLIN, WARDEN.  C. A. 10th Cir. Certiorari denied.

No. 02–8460.  COMBS v. WHEELER, SHERIFF, INDIAN RIVER COUNTY, FLORIDA, ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 02–8461.  ELLIS v. GREINER, SUPERINTENDENT, GREEN HAVEN CORRECTIONAL FACILITY.  C. A. 2d Cir.  Certiorari denied.

No. 02–8465.  POWELL v. RAY, WARDEN, ET AL.  C. A. 10th Cir.  Certiorari denied.

No. 02–8470.  GRANADOS v. TEXAS.  Ct. Crim. App. Tex.  Certiorari denied.

No. 02–8473.  LATHELY v. YARBOROUGH, WARDEN.  C. A. 9th Cir.  Certiorari denied.

No. 02–8474.  LUNDH v. ALAMEIDA, DIRECTOR, CALIFORNIA DEPARTMENT OF CORRECTIONS.  C. A. 9th Cir.  Certiorari denied.